RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Russell Hamblin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL HAMBLIN,<br><br>Defendant. | Case No. 2:06-CR-00369-JCM-EJJ<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Russell Hamblin, that the Revocation Hearing currently scheduled on June 29, 2022 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss this matter with Mr. Hamblin and investigate the allegations in the Petition.

2. The government anticipates filing new charges and the parties request additional time to facilitate a global resolution for the same.

3. Mr. Hamblin is in custody and agrees with the need for a continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 23rd day of June 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Supriya Prasad*<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-CR-00369-JCM-EJJ |
| Plaintiff, | **ORDER** |
| v. | |
| RUSSELL HAMBLIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 29, 2022 at 10:30 a.m., be vacated and continued to **September 7, 2022, at 11:00 a.m.**; or to a time and date convenient to the court.

DATED June 24, 2022.

_____
UNITED STATES DISTRICT JUDGE

3