RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Russell Hamblin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL HAMBLIN,<br><br>　　　　Defendant. | Case No. 2:06-cr-00369-JCM-RJJ<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Russell Hamblin, that the Revocation Hearing currently scheduled on September 7, 2022 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The parties are working on a global resolution in light of the governments intent to file new charges against Mr. Hamblin.

2. The government has presented a plea agreement to defendant, and defense counsel needs additional time to review the plea agreement with Mr. Hamblin.

3. Mr. Hamblin is in custody and agrees with the need for a continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 1st day of September 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Supriya Prasad*<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RUSSELL HAMBLIN,<br><br>        Defendant. | Case No. 2:06-cr-00369-JCM-RJJ<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 7, 2022 at 11:00 a.m., be vacated and continued to **November 9, 2022, at 10:00 a.m.;** or to a time and date convenient to the court.

    DATED September 2, 2022.

                                                  _____
                                                UNITED STATES DISTRICT JUDGE