RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Russell Hamblin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00369-JCM-RJJ |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| RUSSELL HAMBLIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Russell Hamblin, that the Revocation Hearing currently scheduled on November 9, 2022 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Since the last stipulation was filed, defense counsel met with Mr. Hamblin to further discuss this case and conducted additional investigation, including an in-person review of case evidence.

2. The parties are working on a global resolution in light of the government's intent to file new charges against Mr. Hamblin.

3. The government has presented a plea agreement to Mr. Hamblin, and defense counsel needs additional time to review the plea agreement with Mr. Hamblin.

4. Mr. Hamblin is in custody and agrees with the need for a continuance.

5. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 28th day of October 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Supriya Prasad<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>RUSSELL HAMBLIN,<br><br>           Defendant. | Case No. 2:06-CR-00369-JCM-EJJ<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 9, 2022 at 10:00 a.m., be vacated and continued to **February 8, 2023, at 11:00 a.m.**

DATED October 31, 2022.

_____
UNITED STATES DISTRICT JUDGE