|   |   |
|---|---|
| 1 | RENE L. VALLADARES |
| 2 | Federal Public Defender<br>Nevada State Bar No. 11479 |
| 3 | JACQUELYN N. WITT<br>Assistant Federal Public Defender |
| 4 | 411 E. Bonneville, Ste. 250<br>Las Vegas, Nevada 89101 |
| 5 | (702) 388-6577/Phone<br>(702) 388-6261/Fax |
| 6 | Jackie_Witt@fd.org |
| 7 | Attorney for Russell Hamblin |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00369-JCM-RJJ |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fifth Request) |
| RUSSELL HAMBLIN, |  |
| Defendant. |  |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Russell Hamblin, that the Revocation Hearing currently scheduled on February 8, 2023 at 11:00 am, be vacated and continued to March 17, 2023 at 10:30 am.

This Stipulation is entered into for the following reasons:

1. Since the last stipulation was filed, Mr. Hamblin entered a plea in Nevada District Court Case No. 2:22-cr-00249-RFB-NJK, and the Presentence Investigation Interview was conducted.

2. Defense counsel needs additional time to discuss this case with Mr. Hamblin and gather mitigating information in preparation for the revocation hearing.

3. Mr. Hamblin is in custody and agrees with the need for a continuance.

4. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 7th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL HAMBLIN,<br><br>　　　　　Defendant. | Case No. 2:06-CR-00369-JCM-EJJ<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 8, 2023 at 11:00 a.m., be vacated and continued to **March 17, 2023 at the hour of 10:30 a.m.**; or to a time and date convenient to the court.

　　DATED February 7, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE