**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>RUSSELL HAMBLIN,<br><br>Defendant(s). | Case No. 2:06-CR-369 JCM (RJJ)<br><br>ORDER |

Presently before the court is Katherine Tanaka, Esq.'s ex parte motion to withdraw as counsel for defendant Russell Hamblin ("defendant") and related motion to file the ex parte motion under seal. (ECF Nos. 93, 94).

Local Rule IA 11-6(e) provides that "[e]xcept for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." LR IA 11-6(e). There is currently no discovery, and the only hearing is set for March 17, 2023. Thus, Ms. Tanaka's withdrawal will not delay the instant case from proceeding.

Ms. Tanaka's motion demonstrates good cause for the withdrawal of the federal public defender office and appointment of counsel pursuant to the Criminal Justice Act.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Ms. Tanaka's motion to withdraw as counsel (ECF No. 94) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the motion for leave to file under seal (ECF No. 93) be, and the same hereby is GRANTED.

. . .

1        IT IS FURTHER ORDERED that defendant Russell Hamblin shall be appointed counsel
pursuant to the Criminal Justice Act.

DATED February 28, 2023.

_____
UNITED STATES DISTRICT JUDGE